United States District Court
for the
Southern District of Florida

| Moses Martin, Petitioner, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | Civil Action No. 18-20298-Civ-Scola |
| Department of Corrections, and South Florida Reception Center, Respondents. | ) |  |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On June 11, 2019, Judge Reid issued a report, recommending that, upon initial screening in accordance with 28 U.S.C. § 1915, the Court dismiss the complaint in this case. (Report of Magistrate, ECF No. 15.) The Petitioner has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Reid's report, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Reid's report and recommendation (ECF No. 15). The Court **dismisses** this case with prejudice, as it fails to state a claim against either of the named defendants. (ECF No. 1). The Court does not issue a certificate of appealability. Finally, the Court directs the Clerk to **close** this case and mail a copy of this order to the Petitioner at the address listed below. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on July 10, 2017.

_____
Robert N. Scola, Jr.
United States District Judge

*Copy to*:
Moses Martin
Apalachee Correctional Institution
35 Apalachee Dr.
Sneads, FL 32460